Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARGARETTE DUVERGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HRBC, INC.**, D/B/A VAN PATTEN MORTGAGE GROUP, a California corporation,<br><br>*Defendant,* | Case No. 2:21-cv-02264 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Margarette Duverger, through counsel, and hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

| | |
|---|---|
| DATED this 23rd day of March, 2022. | Respectfully Submitted, |
| | By: /s/ *Rachel E. Kaufman* <br> Rachel Elizabeth Kaufman <br> Kaufman P.A. <br> 237 S Dixie Hwy, 4th Floor <br> Coral Gables, FL 33133 <br> (305) 469-5881 <br> Email: Rachel@kaufmanpa.com |
| | *Attorney for Plaintiff and the putative Classes* |