# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARGARETTE DUVERGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**HRBC, INC.**, D/B/A VAN PATTEN MORTGAGE GROUP, a California corporation,<br><br>*Defendant,* | Case No. 2:21-cv-02264-MCE-CKD<br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's notice of dismissal, ECF No. 9, this action is hereby DISMISSED with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. Each party shall bear its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 25, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE